NOT FOR PUBLICATION                                        (Doc. Nos. 9, 10)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

_____
                                        :
MARY PHILLIPS,                          :
                                        :
            Plaintiff,                  :      Civil No. 12-06370 (RBK/KMW)
                                        :
      v.                                :      **ORDER**
                                        :
MICHAEL E. BERENATO, et al.,            :
                                        :
            Defendants.                 :
_____ :

**THIS MATTER** having come before the Court on the motion of Regina L. Kukola ("Defendant") to dismiss the complaint of Mary Phillips ("Plaintiff") and the Court having considered the moving papers and attached documents, and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Defendant's motion to dismiss/for abstention is **DENIED**.

**IT IS HEREBY FURTHER ORDERED** that Plaintiff's motion for leave to file opposition is **DENIED**.

Dated:  4/15/2013                            /s/ Robert B. Kugler
                                             ROBERT B. KUGLER
                                             United States District Judge